UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------x
                                           )
IN RE:                                     )   Chapter 7
      BRIAN FALLON,                        )   Case No.: 05-21392-WCH
         Debtor.                           )
-------------------------------------------x
EDWARD O'NEIL and                          )
LUCY GILBERT,                              )   A.P. No. 06-01264
         Plaintiffs,                       )
                  Vs.                      )
BRIAN FALLON,                              )
         Defendant.                        )
-------------------------------------------x
```

## Adversary Proceeding Defendant Brian Fallon's
## Notice of Appeal

Brian Fallon, the Debtor and Defendant in the above-entitled Adversary Proceeding, appeals under 28 U.S.C. Section 158(a) from the judgment, order, or decree of the bankruptcy judge (William C. Hillman) dated September 22, 2008, awarding judgment in this Adversary Proceeding for the Plaintiffs, Edward O'Neil and Lucy Gilbert, under 11 USC Section 523(a)(2)(a). A copy of the order is attached hereto.

The names of all parties to the judgment, order or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Plaintiffs: Edward O'Neil and Lucy Gilbert, 14 Drum Hill Lane, Concord, MA 01742.

Counsel for Plaintiffs: Evans Huber, Frieze Cramer Cygelman Rosen & Huber LLP,
      60 Walnut Street, Wellesley, MA 02481; 781-943-4000

Defendant: Brian Fallon, 19 Moulton Drive, Peabody, MA 01960; 978-884-5656

Counsel for Defendants: Edward Dial, Jr., 53 Stiles Road, Salem, NH 03079
      (603) 893-3426

Dated: October 1, 2008

                                                                                        _____
                                                                                         Brian H. Fallon, Pro Se
                                                                                         19 Moulton Road
                                                                                         Peabody, MA  01960
                                                                                         978-884-5656

## UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
### Proceeding Memorandum/Order of Court

**In Re:** O'Neil et al v. Fallon     **Case Number:** 06-01264     **Ch:**

**Matter:**
    #1424 (Obj/Revocation Discharge 727) and 426 (To determine the dischargeability of a debt 523): Complaint by Edward O'Neil, Lucy Gilbert against Brian Fallon. PLAINTIFF'S DEMAND A TRIAL BY JURY ON ALL CLAIMS. (E. Huber)

**MOVANT/APPLICANT/PARTIES**

**OUTCOME:**

☐ By Agreement of the Parties

___ Granted ___ Denied ___ Approved ___ Sustained

___ Denied ___ Denied without prejudice ___ Withdrawn in open court ___ Overruled

___ OSC enforced/released

___ Continued to: _____ For: _____

___ Formal order/stipulation to be submitted by: _____ Date due: _____

**X** Findings and conclusions dictated at close of hearing incorporated by reference

___ Taken under advisement: Brief(s) due _____ From _____

    Response(s) due _____ From _____

___ Fees allowed in the amount of: $ _____ Expenses of: $ _____

___ No appearance/response by: _____

___ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Trial held. Demand for Jury Trial waived. Judgment for the Plaintiff under 11 USC section 523 (a)(2)(a) only.

IT IS SO NOTED:      IT IS SO ORDERED:

               *William C. Hillman*

_____      _____ Dated: 9/22/2008

Courtroom Deputy      William C. Hillman, U.S. Bankruptcy Judge

## CERTIFICATE OF SERVICE

I, Brian H. Fallon, certify that a copy of the within Notice was mailed, postage prepaid, first class, this date addressed to the following:

Plaintiffs: Edward O'Neil and Lucy Gilbert, 14 Drum Hill Lane, Concord, MA 01742.

Counsel for Plaintiffs: Evans Huber, Frieze Cramer Cygelman Rosen & Huber LLP, 60 Walnut Street, Wellesley, MA 02481; 781-943-4000

Counsel for Defendants: Edward Dial, Jr., 53 Stiles Road, Salem, NH 03079
(603) 893-3426

John Fitzgerald, Office of the US Trustee, 10 Causeway Street, Boston, MA 02222-1043

Steward F. Grossman, Looney & Grossman, 101 Arch Street, Boston, MA 02110, Chapter 7 Trustee

Brian H. Fallon    10/1/08